**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                    NO. 4:11CR00156-15 JLH

STEPHEN EARL HILL                                                           DEFENDANT

## AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order entered on January 24, 2013, is hereby amended to

reflect defendant's correct USM/Register Number as **26752-009**.

All other conditions contained in the original Judgment & Commitment Order remain in full

force and effect.

IT IS SO ORDERED this 29th day of January, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE