IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                    NO. 4:11CR00156-19 JLH

JOSHUA A. HAWLEY                                                                         DEFENDANT

**ORDER**

Pending before the Court is the government's motion for revocation of defendant Joshua A. Hawley's probation. Document #661. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled to begin on **FRIDAY, AUGUST 2, 2013, at 10:00 a.m.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's probation should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **JOSHUA A. HAWLEY** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Justin T. Eisele is hereby appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 23rd day of July, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE