IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                              No. 4:11CR00156-19 JLH

JOSHUA A. HAWLEY                                                              DEFENDANT

### ORDER

Pending before the Court is the defendant's motion for continuance of the probation revocation hearing currently set for Friday, August 2, 2013. Without objection, the motion is GRANTED. Document #663. A new hearing date will be set by separate notice.

IT IS SO ORDERED this 24th day of July, 2013.

                                    _____
                                    J. LEON HOLMES
                                    UNITED STATES DISTRICT JUDGE