# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

v.  No. 4:11CR00156-07 JLH

JUANA PATRICIA BAMAC-PEREZ

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the motion of Juana Patricia Bamac-Perez to vacate, set aside, or correct her sentence under 28 U.S.C. § 2255 is denied. No certificate of appealability will be issued.

IT IS SO ORDERED this 26th day of July, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE