IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                             PLAINTIFF

v.                    NO. 4:11CR00156-19 JLH

JOSHUA A. HAWLEY                                  DEFENDANT

## ORDER

The hearing on the government's Motion to Revoke Probation of defendant Joshua A. Hawley is hereby rescheduled for **WEDNESDAY, SEPTEMBER 4, 2013, at 2:15 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of probation previously imposed should not be revoked. Document #661.

IT IS SO ORDERED this 22nd day of August, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE