# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                        No. 4:11CR00156-19 JLH

JOSHUA A. HAWLEY                                                       DEFENDANT

## ORDER

On September 4, 2013, the Court convened for a hearing on the motion to revoke the probation of Joshua A. Hawley. Hawley appeared in person and with his lawyer, Assistant Federal Public Defender Justin T. Eisele. The prosecution was represented by Assistant United States Attorney Stephanie G. Mazzanti. Hawley admitted to the violations alleged in the motion to revoke and requested that sentencing be postponed for 90 days to give him an opportunity to demonstrate that he can comply with the conditions of release. The government agreed with Hawley's request. This matter will therefore be held in abeyance for a period of 90 days. The Court directs the probation office to submit a report after 90 days stating whether Hawley has been in compliance with his conditions of supervised release.

IT IS SO ORDERED this 4th day of September, 2013.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE