IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      NO. 4:11CR00156-19 JLH

JOSHUA A. HAWLEY                                            DEFENDANT

**ORDER**

At the conclusion of the probation revocation hearing on September 4, 2013, the Court determined that the sentencing should be postponed for a period of ninety days to allow defendant the opportunity to demonstrate that he could comply with the conditions of supervision previously imposed. On November 22, 2013, the Court received a memorandum from the probation office reflecting that defendant has not been in compliance with his conditions of probation.

IT IS THEREFORE ORDERED that the sentencing hearing on the government's Motion to Revoke Probation is hereby scheduled to begin on ***WEDNESDAY, DECEMBER 4, 2013, at 9:30 A.M.***, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #661.

IT IS SO ORDERED this 26th day of November, 2013.

```
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE
```