# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:11CR00156-19 JLH

JOSHUA A. HAWLEY                                                      DEFENDANT

## ORDER

Pending before the Court is defendant Joshua A. Hawley's unopposed motion for continuance of revocation hearing currently set for Wednesday, December 4, 2013. The motion is GRANTED. Document #681.

The supervised release revocation hearing for defendant Joshua A. Hawley is hereby rescheduled for **FRIDAY, DECEMBER 20, 2013, at 10:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #661.

IT IS SO ORDERED this 3rd day of December, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE