# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.  No. 4:11CR00156-12 JLH

PAUL RANDALL HUSSEY

## ORDER

The United States has filed a response to Paul Randall Hussey's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. If Hussey wishes to file a reply, he must do so within thirty days from the entry of this Order.

IT IS SO ORDERED this 7th day of February, 2014.

```
                                    J. LEON HOLMES
                                    UNITED STATES DISTRICT JUDGE
```